FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GENNADIY KATS AND JAMES MOORE, individually and on behalf of RUSSELL MINING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL MINING CORPORATION, a Washington Corporation, and ANDREW J. RUSSELL, individually, in his capacity as CEO, and in his capacity as director and JANE DOE RUSSELL, in their marital community, and ANDREW J. RUSSELL as trustee of the RUSSELL FAMILY TRUST, and any co-trustee,<br><br>Defendants. | No. 2:26-CV-00087-RLP<br><br>ORDER GRANTING MOTION TO REMAND |

Before the Court is Defendant Russell Mining Corporation's Motion to Remand this matter to Spokane Superior Court. ECF No. 3. The Motion indicates

ORDER GRANTING MOTION TO REMAND ~ 1

the Notice of Removal was filed in error because there is not complete diversity between the parties.

Plaintiff's Compliant was filed on February 13, 2026, in Spokane County Superior Court. ECF No. 1-1. On February 18, 2026, Defendant Russell Mining Corporation filed a Notice of Removal. ECF No. 1.

Federal courts have original jurisdiction over civil actions where the amount in controversy exceeds $75,000 and the case is between citizens of different states. 28 U.S.C. § 1332(a). Diversity jurisdiction under 28 U.S.C. § 1332(a) requires that each plaintiff be diverse from each defendant. *Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 553 (2005) (citing *Owen Equipment & Erection Co. v. Kroger*, 437 U.S. 365, 375 (1978)). Furthermore, the removal statute indicates an action may not be removed if any defendant is a citizen of the state in which the action is brought. 28 U.S.C. § 1441(b)(2).

The Motion acknowledges that Defendants Andrew J. Russell and the Russell Family Trust are residents of the State of Washington. ECF No. 3. Therefore, complete diversity does not exist, and this matter was not properly removed to federal court.

**Accordingly, IT IS ORDERED:**

1.    Defendant Russell Mining Corporation's Motion to Remand, **ECF No. 8**, is **GRANTED**.

ORDER GRANTING MOTION TO REMAND ~ 2

2.      This matter is **REMANDED** to Spokane County Superior Court.

**IT IS SO ORDERED.** The Court Clerk is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED March 2, 2026.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO REMAND ~ 3